452 A.2d 42

Mlynek v. Lowry, Appellant.

Submitted November 4, 1981. Chester A. Reybitz, for appellant; Emil W. Kantra, III, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.